1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

6

                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9                                        )
   JOSE ESCOBEDO,                        )   Case No. 1:23-cv-00365-SKO
10                                       )
              Plaintiff,                 )   **PLAINTIFF'S REQUEST FOR**
11                                       )   **ADMINISTRATIVE RELIEF FROM**
       vs.                               )   **SERVICE DEADLINE; ORDER**
12                                       )
   CARNICERIA COLIMA INC. dba            )
13 MARISCOS COLIMA; RAUL ROSAS; EVA )         **(Doc. 10)**
   ROSAS;                                )
14                                       )
15            Defendants.                )
                                         )
16                                       )
                                         )
17                                       )

18        **WHEREA**S, on March 10, 2023, Plaintiff, Jose Escobedo ("Plaintiff"), filed the instant

19 action alleging claims under Title III of the Americans with Disabilities Act of 1990 and

20 parallel California law (ECF No. 1). On March 10, 2023, an order setting mandatory

21 scheduling conference was issued (ECF No. 3) ("Scheduling Order"). The Scheduling Order

22 required that all defendants be served with the complaint no later than June 8, 2023;

23        **WHEREAS**, Plaintiff diligently attempted to serve Defendant's agent, Jorge

24 Valdivinos, with the Summons and Complaint, at the address listed with the California

25 Secretary of State, 6627 W. Browning Avenue, Fresno, CA 93723, but the process server, One

26 Legal, noted in a non-service report that a Jane Doe said the agent does not live at the

27 residence, and it was also confirmed by a neighbor; said that  was only able to effect service on

28 Maria Doe, competent person in charge of office;

1  **WHEREAS**, Plaintiff requested his process server to attempt service at the facility

2  located at 2796 S. Cherry Avenue, Fresno, CA 93706, but the process server was only able to

3  effect substituted service on Maria Doe, a competent person in charge of the office;

4  **WHEREAS,** on June 7, 2023, Plaintiff called and emailed a representative for the

5  tenant in an attempt to serve the complaint with a waiver of service, but to date Plaintiff has

6  not heard back;

7  **WHEREAS**, Plaintiff is engaging in settlement discussions with the landlords, Raul

8  Rosas and Eva Rosas, in hope that the matter can be resolved soon;

9  **WHEREAS**, Plaintiff requires a 60-day extension to complete service (or take

10  appropriate action) with regards to serve Defendant;

11  **NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests

12  that he be given to and including August 7, 2023 to effect service of his Complaint on

13  Defendant.

14  Dated: June 8, 2023                                MOORE LAW FIRM, P.C.

15                                                            _/s/ Tanya E. Moore_____

16                                                            Tanya E. Moore
                                                              Attorney for Plaintiff,
17                                                            Jose Escobedo

18                                            **ORDER**

19          Upon the request of Plaintiff for administrative relief (Doc. 10) and good cause

20  appearing,

21          IT IS HEREBY ORDERED that the date by which Plaintiff must serve the complaint

22  on Defendant Carniceria Colima Inc. dba Mariscos Colima is hereby EXTENDED to August

23  7, 2023.

24

25  IT IS SO ORDERED.

26

27  Dated:   **June 9, 2023**                            _/s/ Sheila K. Oberto_____
                                                              UNITED STATES MAGISTRATE JUDGE
28